# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0382
LT Case No. 16-2013-CF-5067-A

_____

ANDRE DESHON JENKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Andre Deshon Jenkins, Mayo, pro se.

James Uthmeier, Attorney General, and Virginia Chester Harris,
Assistant Attorney General, Tallahassee, for Appellee.

October 14, 2025

PER CURIAM.

AFFIRMED.

EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____